# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAREN WILLIAMS AKA CROWELL,
SS# XXX-XX-7443

    Defendant,
_____/

Case No. 06-10875
Hon. Robert H. Cleland
Claim Number: 1997A11919

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **BORTZ HEALTH CARE OF WARREN** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 13, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 13, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522